FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 04 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs.

**LARRY MARTINEZ,**

Defendant.

CRIMINAL NO. 25-4654 JB

18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm and Ammunition.

# INDICTMENT

The Grand Jury charges:

On or about June 7, 2025, in Santa Fe County, in the District of New Mexico, the defendant, **LARRY MARTINEZ**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically, second degree murder, knowingly possessed ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **LARRY MARTINEZ**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

a. a Smith & Wesson M&P 9C pistol, no serial number,

b. a Smith & Wesson SD40VE pistol, no serial number,

c. a MAGPUL MIAD .223 rifle, no serial number,

d. Approximately 15 rounds Winchester 9mm Luger ammunition,

e. Glock 40 caliber loaded magazine, Serial No. 6079-01, and

f. Various Sig/S&W rounds of ammunition.

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney